FILED
JUN 29 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA and DAVID CORTES,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　　　Defendants. | Case No.: 3:20-cv-00600-BEN-WVG<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. 14] |

　　The Court has reviewed Plaintiffs' Motion to Substitute Attorney. The Motion is hereby **GRANTED**. Plaintiffs' former counsel of record, Ahmed "Ed" Diab and Kristen K. Barton, are substituted with Plaintiffs' new counsel of record, John H. Gomez and Naomi C. Pontious of Gomez Trial Attorneys. The Clerk of Court shall remove Mr. Diab and Ms. Barton as counsel of record and terminate their receipt of e-Filings.

　　**IT IS SO ORDERED.**

Date: June ___, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　United States District Judge